UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OMNI FINANCIAL GROUP OF NEVADA, INC. D/B/A OMNI FINANCIAL,<br><br>Defendant. | Case No.: 18cv2146-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

On September 14, 2018, Plaintiff Kelissa Ronquillo filed a Complaint against Defendant Omni Financial Group Inc. (ECF No. 1). On November 11, 2018, Plaintiff filed a First Amended Complaint against Defendant Omni Financial Group of Nevada, Inc. d/b/a Omni Financial. (ECF No. 4). The docket reflects that no proof of service has been filed with respect to any defendant.

A plaintiff must serve a complaint and summons "within 90 days after the complaint is filed." Fed. R. Civ. P. 4(m). If the plaintiff fails to do so, "the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

On March 28, 2019, the Court issued an Order stating:

> This Order constitutes notice to Plaintiff that the Court will dismiss this action against Defendant without prejudice unless, no later than April 22, 2019, Plaintiff files either (1) proof that service of the summons and complaint was timely effectuated or (2) a declaration under penalty of perjury showing good cause for failure to timely effect service upon any defendant accompanied by a motion for leave to serve process outside of the 90-day period.

(ECF No. 6 at 2). The docket reflects that Plaintiff has not filed proof of timely service or a declaration in accordance with the Court's March 28, 2019 Order.

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice pursuant to Rule 4(m).

Dated: April 23, 2019

Hon. William Q. Hayes
United States District Court